# United States Bankruptcy Court
### District of New Jersey

| | | | |
|---|---|---|---|
| In re | **W.L. Goodfellow's and Co., Inc.** | Case No. | 19-10961 |
| | Debtor(s) | Chapter | **11** |

Resolution of Board of Directors
of
**W.L. Goodfellows and Co., Inc.**

    Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

    Be It Therefore Resolved, that **John Cicarelli**, Managing Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

    Be It Further Resolved, that **John Cicarelli**, Managing Member of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

    Be It Further Resolved, that **John Cicarelli**, Managing Member of this Corporation is authorized and directed to employ **E.Richard Dressel ED1793**, attorney and the law firm of **Flaster Greenberg PC - Cherry Hill** to represent the corporation in such bankruptcy case.

Date  1/16/19                                      Signed  **/s/John Cicarelli**

Date                                               Signed